UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE C. TETREAULT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 10-11420-JLT |
| | * |
| RELIANCE STANDARD LIFE INS. CO., | * |
| and THE LIMITED LONG TERM | * |
| DISABILITY PROGRAM, | * |
| | * |
| Defendants. | * |

ORDER

January 25, 2012

TAURO, J.

After considering Plaintiff's Objections to the Magistrate's Report and Recommendation [#34], Defendants' Opposition to Plaintiff's Objections [#37] and Plaintiff's Reply to Defendants' Opposition [#40], this court ACCEPTS and ADOPTS the November 28, 2011 Report and Recommendation [#33] of Chief Magistrate Judge Dein.  For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendants' Motion for Summary Judgment for Failure to Timely Exhaust Administrative Remedies [#20] is ALLOWED.  Plaintiff's Request for Oral Argument [#41] is DENIED.  THIS CASE IS CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge